**Appeal Dismissed and Memorandum Opinion filed August 15, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00476-CV

---

### ROBERT DANIEL BUNDRANT, Appellant

### V.

### CAPCOR ORCHARD GREEN, LTD., TEXAS FAST CASH, INC., SENOR INSTANT CASH, INC., AND GESSNER SENOR, INC., Appellees

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2018-22672**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed May 23, 2019, granting "Counter-Plaintiffs, Texas Fast Cash, Inc., Senor Instant Cash, Inc.'s . . . Motion for Summary Judgment."

Generally, appeals may be taken only from final judgments. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex.2001). A final judgment is one that disposes of all pending claims and parties. *See id.* at 200. Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53

S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

The partial summary-judgment order on appeal is not final because it does not dispose of all pending claims and parties. No statute permits an interlocutory appeal of the partial summary judgment appellant attempts to appeal. Therefore, the order is not appealable. *See Clark v. Pimienta*, 47 S.W.3d 485, 485 (Tex. 2001) (per curiam).

On July 25, 2019, this court notified the parties of its intention to dismiss the appeal for lack of jurisdiction unless, by August 5, 2019, a response was filed showing meritorious grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). No response was filed.

The appeal is dismissed for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Hassan.